1  [COUNSEL LISTED
2  ON SIGNATURE PAGE]

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11  SHARPER IMAGE CORPORATION, a            )
    Delaware corporation,                   )
12                                          )   Case No. C-05-3691 CW
              Plaintiff,                    )
13                                          )
        vs.                                 )
14                                          )
    WAL-MART STORES, INC., a Delaware       )
15  corporation, BEST BUY CO., INC., a      )
    Minnesota corporation, KMART HOLDING    )
16  CORPORATION, a Delaware corporation,    )
    J.C. PENNEY CORPORATION, INC., a        )
17  Delaware corporation, FRY'S             )
    ELECTRONICS, INC., a California         )
18  corporation, and SHOPKO STORES, INC., a )
    Wisconsin corporation,                  )
19                                          )
              Defendants.                   )
20                                          )

**JOINT STIPULATION AND [PROPOSED] ORDER STAYING LITIGATION**

**AS MODIFIED**

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1436005

JOINT STIPULATION STAYING LITIGATION
(Case No. C-05-3691)

# RECITALS

1. WHEREAS, Sharper Image Corporation filed its Complaint in this case on September 13, 2005;

2. WHEREAS, the Court issued a Case Management Scheduling Order on November 7, 2005, which provided that a Case Management Conference would occur on February 3, 2006, and that the parties would file a Joint Case Management Statement no later than seven days prior to that conference;

3. WHEREAS, on January 13, 2006, the parties participated in a telephonic meet and confer, pursuant to Federal Rule of Civil Procedure 26(f);

4. WHEREAS, Sharper Image may seek to amend its complaint to add additional claims and parties, including but not limited to claims for infringement of U.S. Patent No. 6,953,556;

5. WHEREAS, this case has been related to *Sharper Image Corporation v. The May Department Stores Co.*, Case No. 04-0824 CW (the "underlying action"), in light of the similar issues the two cases share;

6. WHEREAS, summary judgment motions in the underlying action are scheduled to be heard on January 27, 2006 and trial in the underlying action is scheduled to begin on May 8, 2006;

7. WHEREAS, in light of the similar issues shared by the present action and the underlying action, the parties agree that judicial and party resources would best be conserved by staying the present action until after the trial in the underlying action is complete;

THEREFORE:

# STIPULATION

**IT IS HEREBY STIPULATED**, by and between counsel for Plaintiff, on the one hand, and counsel for Defendants, on the other hand, that all activity in this case shall be stayed until July 5, 2006, and that all dates in the interim, including the Case Management Conference and all dates set by Federal Rule of Civil Procedure 26 and the Civil Local Rules, shall be vacated. On July 5, 2006, the parties agree to meet and confer again to revisit the case's status in light of the

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1436005

- 1 -
JOINT STIPULATION STAYING LITIGATION
(Case No. C-05-3691)

1  summary judgment and trial proceedings in the underlying action. The parties also agree to file a
2  joint statement regarding case status, in which the parties will propose a schedule for the
3  resumption of case management proceedings to the extent necessary, no later than July 14, 2006.
4  **IT IS SO STIPULATED.**

e. robert (bob) wallach (29078)
Lawyer-Counselor
Law Offices of e. robert (bob) wallach, P.C.
P. O. Box 2670
San Francisco, CA  94126-2670
155 Jackson Street, No. 602
San Francisco, CA  94111
(415) 989-6445

David L. Aronoff (152606)
Patrick M. Ryan (203215)
Brian Hennessy (226721)
Thelen Reid & Priest LLP
333 South Hope Street, Suite 2900
Los Angeles, CA  90071-3048
(213) 576-8044

Alan L. Barry (*pro hac vice* pending)
Amy G. O'Toole (*pro hac vice* pending)
Michael R. Osterhoff (*pro hac vice* pending)
Heather Boice (*pro hac vice* pending)
Bell, Boyd & Lloyd LLC
Three First National Plaza
70 West Madison, Suite 3300
Chicago, IL  60610
Telephone:  (312) 372-1121

Dated: January 25, 2006

_____
Michael R. Osterhoff, counsel for
Plaintiff and Counterdefendant Sharper Image Corporation

IRELL & MANELLA LLP
Morgan Chu (70446)
Jonathan S. Kagan (166039)
Mary Ann Novak (202502)
Elizabeth L. Rosenblatt (203196)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:      (310) 277-1010
Facsimile:       (310) 203-7199

Dated: January 25, 2006

       /s/ Elizabeth L. Rosenblatt
_____
Elizabeth L. Rosenblatt, counsel for Defendants and
Counterclaimants Wal-Mart Stores Inc, Best Buy Co., Inc.,
Kmart Holding Corporation, J.C. Penney Corporation, Inc.,
Fry's Electronics, Inc. and ShopKo Stores, Inc.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1436005

- 2 -

JOINT STIPULATION STAYING LITIGATION
(Case No. C-05-3691)

1  I, Elizabeth L. Rosenblatt, hereby attest, pursuant to N.D. Cal. General Order No. 45, that
2  the concurrence to the filing of this document has been obtained from each signatory hereto.

3                                            /s/ Elizabeth L. Rosenblatt
4                                               Attorney for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
**EXCEPT THE CMC IS CONTINUED TO MAY 26, 2006, AT 1:30 P.M.**

Dated: 1/26, 2006

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED AS MODIFIED" — signed Judge Claudia Wilken]

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1436005

- 3 -
JOINT STIPULATION STAYING LITIGATION
(Case No. C-05-3691)