1  [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARPER IMAGE CORPORATION, a Delaware corporation | ) ) ) |
| Plaintiff, | ) ) ) Case No. C-05-3691-CW |
| v. | ) ) |
| WAL-MART STORES, INC., a Delaware corporation, BEST BUY CO., INC., a Minnesota corporation, KMART HOLDING CORPORATION, a Delaware corporation, J.C. PENNEY CORPORATION, INC., a Delaware corporation, FRY'S ELECTRONICS, INC., a California corporation, and SHOPKO STORES, INC., a Wisconsin corporation, | ) ) ) **JOINT STIPULATION AND** ) **ORDER STAYING LITIGATION** ) ) ) ) ) ) ) |
| Defendant. | ) |

## RECITALS

1.    WHEREAS, pursuant to a joint stipulation between the parties, on January 26, 2006, the Court ordered this case stayed until July 5, 2006, and continued the Case Management Conference to May 26, 2006;

2.    WHEREAS, on March 29, 2006, in *Sharper Image Corporation v. The May Department Stores Co.*, Case No. 04-0824 CW (the "underlying action"), the Court issued an Order Addressing Cross-Motions for Summary Judgment which dismissed several claims based on issues similar to those pending in the present action;

3.    WHEREAS, on May 17, 2006, Sharper Image Corporation filed a Notice of Appeal in the underlying action;

4.    WHEREAS, in light of the similar issues shared by the present action and the underlying action, the parties agree that judicial and party resources would best be conserved by staying the present action pending the outcome of the appeal in the underlying action;

5.    WHEREAS, the parties wish to vacate the Case Management Conference scheduled for May 26, 2006.

THEREFORE:

## STIPULATION

IT IS HEREBY STIPULATED, by and between counsel for Plaintiff and counsel for Defendants, that all activity in this case shall be stayed pending the outcome of the appeal in *Sharper Image Corporation v. The May Department Stores Co.*, Case No. 04-0824 CW, and the Case Management Conference be vacated and a status conference set for June 8, 2007.

IT IS SO STIPULATED:

        e. robert (bob) wallach (29078)
        Lawyer-Counselor
        Law Offices of e. robert (bob) wallach, P.C.
        P. O. Box 2670
        San Francisco, CA  94126-2670
        155 Jackson Street, No. 602
        San Francisco, CA  94111
        Telephone:  (415) 989-6445

        David L. Aronoff (152606)
        Patrick M. Ryan (203215)
        Brian Hennessy (226721)
        Thelen Reid & Priest LLP
        333 South Hope Street, Suite 2900
        Los Angeles, CA  90071-3048
        Telephone:  (213) 576-8044

        Alan L. Barry *(pro hac vice)*
        Amy G. O'Toole *(pro hac vice)*
        Heather A. Boice *(pro hac vice)*
        Bell, Boyd & Lloyd LLC
        Three First National Plaza
        70 West Madison, Suite 3300
        Chicago, IL  60602
        Telephone:  (312) 372-1121

Dated: May 23, 2006        /s/ Alan L. Barry
        Alan L. Barry, counsel for Plaintiff and
        Counterdefendant Sharper Image Corporation

        IRELL & MANELLA LLP
        Morgan Chu (70446)
        Jonathan S. Kagan (166039)
        Mary Ann Novak (202502)
        Elizabeth L. Rosenblatt (203196)
        1800 Avenue of the Stars, Suite 900
        Los Angeles, California 90067-4276
        Telephone:  (310) 277-1010

Dated: May 23, 2006        /s/ Elizabeth L. Rosenblatt
        Elizabeth L. Rosenblatt, counsel for Defendants and
        Counterclaimants Wal-Mart Stores Inc., Best Buy
        Co., Inc., Kmart Holding Corporation, J.C. Penney
        Corporation, Inc., Fry's Electronics, Inc. and
        ShopKo Stores, Inc.

I, Alan L. Barry, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

/s/Alan L. Barry
Attorney for SHARPER IMAGE CORPORATION, Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 24, 2006

/s/ CLAUDIA WILKEN

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I am a citizen of the United States of America, and I am employed in Chicago, Illinois. I am over the age of 18 and not a party to the within action. My business address is 70 West Madison Street, Suite 3300, Chicago, Illinois 60602.

On May 23, 2006, I served the Joint Stipulation and [Proposed] Order Staying Litigation by e-filing on the parties or their counsel shown below:

>Morgan Chu
>Jonathan S. Kagan
>Mary Ann Novak
>Elizabeth L. Rosenblatt
>Irell & Manella LLP
>1800 Avenue of the Stars, Suite 900
>Los Angeles, California  90067-4276

/s/ Alan L. Barry (electronically filed)