1  [COUNSEL LISTED
2  ON SIGNATURE PAGE]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SHARPER IMAGE CORPORATION, a Delaware corporation, <br><br>            Plaintiff, <br><br>     vs. <br><br>WAL-MART STORES, INC., a Delaware corporation, BEST BUY CO., INC., a Minnesota corporation, KMART HOLDING CORPORATION, a Delaware corporation, J.C. PENNEY CORPORATION, INC., a Delaware corporation, FRY'S ELECTRONICS, INC., a California corporation, and SHOPKO STORES, INC., a Wisconsin corporation, <br><br>            Defendants. | Case No. C-05-3691 CW |

**JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING STATUS CONFERENCE**

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1703114

JOINT STIPULATION RESCHEDULING STATUS CONFERENCE
(Case No. C-05-3691)

## RECITALS

1. WHEREAS, Sharper Image Corporation filed its Complaint in this case on September 13, 2005;

2. WHEREAS, this case has been related to *Sharper Image Corporation v. The May Department Stores Co.*, Case No. 04-0824 CW (the "underlying action"), in light of the similar issues the two cases share;

3. WHEREAS, on March 29, 2006, in the underlying action, the Court issued an Order Addressing Cross-Motions for Summary Judgment, which dismissed several claims based on issues similar to those pending in the present action (the "March 29, 2006 Order");

4. WHEREAS, an appeal of the March 29, 2006 Order is currently pending before the U.S. Court of Appeals for the Federal Circuit (the "Appeal");

5. WHEREAS, on May 24, 2006, pursuant to a stipulation between the parties, this Court issued an order staying all activity in this case pending the outcome of the Appeal and setting a status conference in this case for June 8, 2007 (which was subsequently moved to June 12, 2007);

6. WHEREAS, briefing of the Appeal has just recently been completed, but a date for oral argument has not yet been set;

7. WHEREAS, in light of the status of the Appeal, the parties agree that judicial and party resources would best be conserved by vacating the June 12, 2007 status conference and setting a new status conference for December 11, 2007;

THEREFORE:

## STIPULATION

**IT IS HEREBY STIPULATED**, by and between counsel for Plaintiff, on the one hand, and counsel for Defendants, on the other hand, that the status conference set for June 12, 2007 is vacated and that a new status conference is set for December 11, 2007 at 2:00 p.m.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1703114

- 1 -

JOINT STIPULATION RESCHEDULING STATUS CONFERENCE
(Case No. C-05-3691)

**IT IS SO STIPULATED.**

David L. Aronoff (152606)
Gayle I. Jenkins (168962)
Thelen Reid & Priest LLP
333 South Hope Street, Suite 2900
Los Angeles, CA 90071-3048
Telephone: (213) 576-8044

Alan L. Barry (*pro hac vice*)
Amy G. O'Toole (*pro hac vice*)
Heather A. Boice (*pro hac vice*)
Bell, Boyd & Lloyd LLC
Three First National Plaza
70 West Madison, Suite 3300
Chicago, IL 60610
Telephone: (312) 372-1121

Dated: June 4, 2007                    /s/ Heather A. Boice
                                       Heather A. Boice, counsel for
                                       Plaintiff and Counterdefendant Sharper Image Corporation

IRELL & MANELLA LLP
Morgan Chu (70446)
Jonathan S. Kagan (166039)
Mary Ann Novak (202502)
Elizabeth L. Rosenblatt (203196)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Dated: June 4, 2007                    /s/ Mary Ann Novak
                                       Mary Ann Novak, counsel for Defendants and
                                       Counterclaimants Wal-Mart Stores Inc, Best Buy Co., Inc.,
                                       Kmart Holding Corporation, J.C. Penney Corporation, Inc.,
                                       Fry's Electronics, Inc. and ShopKo Stores, Inc.

I, Mary Ann Novak, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

                                       /s/ Mary Ann Novak
                                       Attorney for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____June 7_____, 2007

                                       HONORABLE CLAUDIA WILKEN
                                       UNITED STATES DISTRICT JUDGE

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1703114

- 2 -

JOINT STIPULATION RESCHEDULING STATUS CONFERENCE
(Case No. C-05-3691)