[COUNSEL LISTED
ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SHARPER IMAGE CORPORATION, a Delaware corporation,<br><br>　　　　Plaintiff and Counterdefendant,<br><br>　　vs.<br><br>WAL-MART STORES, INC., a Delaware corporation, BEST BUY CO., INC., a Minnesota corporation, KMART HOLDING CORPORATION, a Delaware corporation, J.C. PENNEY CORPORATION, INC., a Delaware corporation, FRY'S ELECTRONICS, INC., a California corporation, and SHOPKO STORES, INC., a Wisconsin corporation,<br><br>　　　　Defendants and Counterclaimants. | Case No. C-05-3691 CW<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED**, by and between counsel for Plaintiff and Counterdefendant, on the one hand, and counsel for Defendants and Counterclaimants, on the other hand, that this case be dismissed with prejudice.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1738745

- 1 -
STIPULATION OF DISMISSAL
(Case No. C-05-3691)

IT IS SO STIPULATED.

        David L. Aronoff (152606)
        Gayle I. Jenkins (168962)
        Thelen Reid & Priest LLP
        333 South Hope Street, Suite 2900
        Los Angeles, CA 90071-3048
        Telephone: (213) 576-8044

        Alan L. Barry (*pro hac vice*)
        Amy G. O'Toole (*pro hac vice*)
        Heather Boice (*pro hac vice*)
        Bell, Boyd & Lloyd LLC
        Three First National Plaza
        70 West Madison, Suite 3300
        Chicago, IL 60610
        Telephone: (312) 372-1121

Dated: September 26, 2007

_____
David L. Aronoff, counsel for
Plaintiff and Counterdefendant Sharper Image Corporation

IRELL & MANELLA LLP
Morgan Chu (70446)
Jonathan S. Kagan (166039)
Mary Ann Novak (202502)
Elizabeth L. Rosenblatt (203196)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Dated: September 26, 2007

_____
Jonathan S. Kagan, counsel for Defendants and
Counterclaimants Wal-Mart Stores Inc., Best Buy Co., Inc.,
Kmart Holding Corporation, J.C. Penney Corporation, Inc.,
Fry's Electronics, Inc., and ShopKo Stores, Inc.

I, Jonathan S. Kagan, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

_____
Attorney for Plaintiff and Counterdefendant

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1738745

- 2 -
STIPULATION OF DISMISSAL
(Case No. C-05-3691)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___9/27___, 2007

*[signature]*

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1738745

- 3 -
STIPULATION OF DISMISSAL
(Case No. C-05-3691)