1 | [COUNSEL LISTED
ON SIGNATURE PAGE]

2

3

4

5

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | OAKLAND DIVISION

11 | SHARPER IMAGE CORPORATION, a
Delaware corporation,

12 |              Plaintiff and Counterdefendant,          Case No. C-05-3691 CW

13 |     vs.                                               **STIPULATION OF DISMISSAL**

14 |

15 | WAL-MART STORES, INC., a Delaware
corporation, BEST BUY CO., INC., a
Minnesota corporation, KMART HOLDING

16 | CORPORATION, a Delaware corporation,
J.C. PENNEY CORPORATION, INC., a

17 | Delaware corporation, FRY'S
ELECTRONICS, INC., a California

18 | corporation, and SHOPKO STORES, INC., a
Wisconsin corporation,

19 |

20 |              Defendants and
Counterclaimants.

21

22

23 |     **IT IS HEREBY STIPULATED,** by and between counsel for Plaintiff and

24 | Counterdefendant, on the one hand, and counsel for Defendants and Counterclaimants, on the

25 | other hand, that this case be dismissed with prejudice.

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1738745

1    IT IS SO STIPULATED.

2                                      David L. Aronoff (152606)
                                       Gayle I. Jenkins (168962)
3                                      Thelen Reid & Priest LLP
                                       333 South Hope Street, Suite 2900
4                                      Los Angeles, CA  90071-3048
                                       Telephone:  (213) 576-8044
5
                                       Alan L. Barry (pro hac vice)
6                                      Amy G. O'Toole (pro hac vice)
                                       Heather Boice (pro hac vice)
7                                      Bell, Boyd & Lloyd LLC
                                       Three First National Plaza
8                                      70 West Madison, Suite 3300
                                       Chicago, IL  60610
9                                      Telephone:  (312) 372-1121

10

11   Dated: September 26, 2007         _____
                                       David L. Aronoff, counsel for
12                                     Plaintiff and Counterdefendant Sharper Image Corporation

13                                     IRELL & MANELLA LLP
                                       Morgan Chu (70446)
14                                     Jonathan S. Kagan (166039)
                                       Mary Ann Novak (202502)
15                                     Elizabeth L. Rosenblatt (203196)
                                       1800 Avenue of the Stars, Suite 900
16                                     Los Angeles, California 90067-4276
                                       Telephone:  (310) 277-1010
17                                     Facsimile:  (310) 203-7199

18   Dated: September 26, 2007         _____
                                       Jonathan S. Kagan, counsel for Defendants and
19                                     Counterclaimants Wal-Mart Stores Inc., Best Buy Co., Inc.,
                                       Kmart Holding Corporation, J.C. Penney Corporation, Inc.,
20                                     Fry's Electronics, Inc., and ShopKo Stores, Inc.

21          I, Jonathan S. Kagan, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the

22   concurrence to the filing of this document has been obtained from each signatory hereto.

23

24                                     _____
                                       Attorney for Plaintiff and Counterdefendant
25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership including
Professional Corporations

1738745

- 2 -
STIPULATION OF DISMISSAL
(Case No. C-05-3691)

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2          9/27
3    Dated: _____, 2007

                                        HONORABLE CLAUDIA WILKEN
4                                       UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1738745

- 3 -

STIPULATION OF DISMISSAL
(Case No. C-05-3691)